# United States Court of Appeals
## For the First Circuit

No. 15-2192

UNITED STATES OF AMERICA,

Appellee,

v.

KING BELIN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 22, 2017, is amended as follows:

On page 19, line 17, the word "forego" is replaced with "forgo."